AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Zhi "Josh" Ge (a/k/a Gez)<br>and<br>Eamma Safi<br><br>*Defendant(s)* | Case No. 24-MJ-7224-JCB and 24-MJ-7225-JCB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 2016 to December 2020** in the county of **Suffolk** in the District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 371 and 1349;<br>15 U.S.C. §§ 78j(b) and 78ff(a),<br>17 C.F.R. § 240.10b-5,<br>18 U.S.C. § 1348;<br>18 U.S.C. § 1956(h); and<br>1956(a)(1)(B)(i), (a)(2)(B)(i) | Conspiracy to commit securities fraud;<br>Securities fraud;<br>Conspiracy to commit money laundering; and<br>Money laundering. |

This criminal complaint is based on these facts:

See Affidavit of Special Agent Thomas Corbolotti

☐ Continued on the attached sheet.

*Complainant's signature*

Thomas Corbolotti, Special Agent, FBI
*Printed name and title*

Sworn telephonically in accordance with Fed. R. Crim. P. 4.1.

Date: 4:44 PM, Apr 22, 2024

*Judge's signature*

City and state: Boston, Massachusetts — Hon. Jennifer C. Boal, United States Magistrate Judge
*Printed name and title*