UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.24cr10200 |
| | ) | |
| EAMMA SAFI, | ) | |
|     a/k/a "TT," | ) | |
|     a/k/a "Yummy," and | ) | |
| ZHI GE, | ) | |
|     a/k/a "Josh Ge," | ) | |
|     a/k/a "Josh Gez," | ) | |
|     a/k/a "Jay Gat," | ) | |
| | ) | |
|            Defendants. | ) | |
| | ) | |

## GOVERNMENT'S PARTIAL MOTION TO SEAL

The United States of America respectfully moves this Court to seal the Indictment in this matter, the arrest warrants, and all related paperwork until further order of this Court, except that these documents may be disclosed for the limited purposes of seeking the defendants' detention overseas and extradition to the United States.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:    */s/ Ian J. Stearns*
       IAN J. STEARNS
       Assistant United States Attorney

Dated: July 9, 2024



**Motion to Seal Allowed**
Jul 9, 2024

