# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>EAMMA SAFI,<br>a/k/a "TT,"<br>a/k/a "Yummy,"<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)    Case No.   24cr10200 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   EAMMA SAFI, a/k/a "TT," a/k/a "Yummy,"                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

-Conspiracy to Commit Securities Fraud (18 U.S.C. § 1349)
-Conspiracy to Commit Securities Fraud (18 U.S.C. § 371)
-Securities Fraud; Aiding and Abetting (18 U.S.C. §§ 1348 and 2)
-Securities Fraud; Aiding and Abetting (15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2)
-Money Laundering Conspiracy (18 U.S.C. § 1956(h))
-Money Laundering; Aiding and Abetting (18 U.S.C. §§ 1956(a)(1)(B)(i) and 2)

Date:     07/09/2024
                                                                        *Issuing officer's signature*

City and state:   Boston, Massachusetts                Hon. Jennifer C. Boal, U.S. Magistrate Judge
                                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____          _____<br>                                                                   *Arresting officer's signature*<br><br>                                                                   _____<br>                                                                   *Printed name and title* |

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ZHI GE, | ) | Case No.   24cr10200 |
| a/k/a "Josh Ge," | ) | |
| a/k/a "Josh Gez," | ) | |
| a/k/a "Jay Gat," | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    ZHI GE, a/k/a "Josh Ge," a/k/a "Josh Gez," a/k/a "Jay Gat,"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

   -Conspiracy to Commit Securities Fraud (18 U.S.C. § 1349)
   -Conspiracy to Commit Securities Fraud (18 U.S.C. § 371)
   -Securities Fraud; Aiding and Abetting (18 U.S.C. §§ 1348 and 2)
   -Securities Fraud; Aiding and Abetting (15 U.S.C. §§ 78j(b) and 78ff(a); 17 C.F.R. § 240.10b-5; 18 U.S.C. § 2)
   -Money Laundering Conspiracy (18 U.S.C. § 1956(h))
   -Money Laundering; Aiding and Abetting (18 U.S.C. §§ 1956(a)(1)(B)(i) and 2)

Date:    07/09/2024                                    

                                                 *Issuing officer's signature*

City and state:    Boston, Massachusetts                    Hon. Jennifer C. Boal, U.S. Magistrate Judge

                                                 *Printed name and title*

---

| **Return** |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                    

                                                 *Arresting officer's signature*

                                                 *Printed name and title*