IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 24-cr-10200 |
| | ) | |
| (1) SAMY FADI KHOUADJA, | ) | |
| (2) EAMMA SAFI, | ) | |
|     a/k/a "TT," | ) | |
|     a/k/a "Yummy," | ) | |
|     a/k/a "Situatie Packered," | ) | |
|     a/k/a "Roman Kna," | ) | |
| (3) ZHI GE, | ) | |
|     a/k/a "Josh Ge," | ) | |
|     a/k/a "Josh Gez," | ) | |
|     a/k/a "Jay Gat," | ) | |
| (4) CHRISTOPHE DONG, | ) | |
| (5) JULIEN LIU, | ) | |
| (6) PATRICK CHOU, | ) | |
| (7) CHEUK YUE LEE, | ) | |
|     a/k/a "Ryan," | ) | |
|     a/k/a "m100," and | ) | |
| (8) DEV ANANTH DURAI, | ) | |
|     a/k/a "Devah,", | ) | |
| | ) | |
|           Defendants | ) | |

## **GOVERNMENT'S MOTION TO UNSEAL SUPERSEDING INDICTMENT**

Pursuant to Fed. R. Crim. P. 6(e)(4), the United States of America respectfully moves to

unseal the Superseding Indictment, the arrest warrants, and all related paperwork in this matter.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Ian J. Stearns*
    IAN J. STEARNS
    Assistant United States Attorney

Date: November 18, 2025